```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 22246
   KIA HUTT
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-0806


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 11/28/2007 and was confirmed 02/20/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 06/25/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
REGIONAL ACCEPTANCE CORP SECURED VEHIC    26334.00          205.51        420.48
REGIONAL ACCEPTANCE CORP UNSECURED          392.44             .00           .00
AFNI                     UNSECURED        NOT FILED            .00           .00
BANK OF AMERICA          UNSECURED        NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC UNSECURED         1192.31             .00           .00
CERTIFIED SERVICES       UNSECURED        NOT FILED            .00           .00
CFS SUNTECH SERVICING    UNSECURED        NOT FILED            .00           .00
CFS SUNTECH SERVICING    UNSECURED        NOT FILED            .00           .00
CFS SUNTECH SERVICING    UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED          700.00             .00           .00
COLLECTION               UNSECURED        NOT FILED            .00           .00
CONTINENTIAL FINANCE COM UNSECURED        NOT FILED            .00           .00
ENHANCED RECOVERY        UNSECURED        NOT FILED            .00           .00
FIRST BK OF DE CONTINE   UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED        NOT FILED            .00           .00
GLOBAL PAYMENTS          UNSECURED        NOT FILED            .00           .00
NCO FINANCIAL SERVICES   UNSECURED        NOT FILED            .00           .00
B-REAL LLC               UNSECURED          590.28             .00           .00
SALUTE VISA              UNSECURED        NOT FILED            .00           .00
TCF BANK                 UNSECURED        NOT FILED            .00           .00
TRIBUTE/FBOFD            UNSECURED        NOT FILED            .00           .00
UNIVERSITY OF PHOENIX    UNSECURED        NOT FILED            .00           .00
US DEPT OF EDUCATION     UNSECURED              .00            .00           .00
ZENITH ACQUISITION       UNSECURED        NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM UNSECURED          211.25             .00           .00
AIS SERVICES LLC         UNSECURED          510.00             .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY      3,464.00                          942.29
TOM VAUGHN               TRUSTEE                                            131.72
DEBTOR REFUND            REFUND                                                .00

     Summary of Receipts and Disbursements:

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22246 KIA HUTT
```

```
                           RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    1,700.00

PRIORITY                                              .00
SECURED                                            420.48
    INTEREST                                       205.51
UNSECURED                                             .00
ADMINISTRATIVE                                     942.29
TRUSTEE COMPENSATION                               131.72
DEBTOR REFUND                                         .00
                         ---------------     ---------------
TOTALS                     1,700.00              1,700.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 09/24/08        _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE